RAYMOND KAUFMAN, Appellant, *v.* CATHERINE GALLAGHER et al., Respondents.

Submitted April 7, 1939; decided April 21, 1939.

*Jacob Zelenko* for appellant.

*Clarence E. Mellen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.